UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMIE WALLIN, ) | |
| ) | CASE NO. C12-1339-MJP-MAT |
| Petitioner, ) | |
| ) | |
| v. ) | |
| ) | ORDER GRANTING MOTION FOR |
| STEVE SINCLAIR, ) | EXTENSION OF TIME |
| ) | |
| Respondent. ) | |
| ) | |

Petitioner Jamie Wallin proceeds *pro se* in this habeas corpus matter pursuant to 28 U.S.C. § 2254. Petitioner filed a motion seeking an extension of time, to January 15, 2013, to submit his response to respondent's Answer. (Dkt. 20.) Respondent does not oppose the motion. (Dkt. 21.) Having considered the motion, along with the balance of the record, the Court does hereby find and ORDER as follows:

(1)   The Court finds petitioner's unopposed request for a brief extension of time reasonable. Accordingly, petitioner's motion for an extension of time (Dkt. 20) is GRANTED. Petitioner may file and serve a response to the Answer on or before **January 15,**

ORDER GRANTING
EXTENSION OF TIME
PAGE -1

**2013**, and respondent may file a reply no later than **January 22, 2013**. Respondent's Answer is hereby RENOTED for consideration on **January 22, 2013**.

(2) The Clerk shall direct copies of this Order to the parties and to the Honorable Marsha J. Pechman.

DATED this 7th day of January, 2013.

_____
Mary Alice Theiler
United States Magistrate Judge

ORDER GRANTING
EXTENSION OF TIME
PAGE -2